# WARRANT OF ARREST

| **United States District Court** | **DISTRICT** WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Matthew Bulovsky<br><br>Defendant. | DOCKET NO. SEALED<br>19-CR-08 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Matthew Bulovsky | |

USMS WESTERN WISCONSIN
2019 JAN 10 AM 10:24
RECEIVED - MADISON

Warrant Issued on the Basis of:

✓ Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Distribution of child pornography, Possession of child pornography

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 2252(a)(2), (a)(4)(B)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: Peter Oppeneer    (By) Deputy Clerk | Date Issued: 1/9/2019 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer:<br>SA Amy L. Mentzel<br>Amy Mentzel | Signature of Arresting Officer:<br>Amy Mentzel |