

**U.S. Department of Justice**

***Scott C. Blader***
***United States Attorney***
***Western District of Wisconsin***

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

April 1, 2019

**<u>VIA EMAIL</u>**
Christopher T. Van Wagner
110 E. Main Street
Suite 705
Madison, WI  53703

    Re:   *United States of America v. Matthew Bulovsky*
           Case No:  19-cr-00008-jdp

Dear Mr. Van Wagner:

    Attached please find additional discovery in this case marked as Bates Nos. 404 – 491.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

    Very truly yours,

    SCOTT C. BLADER
    United States Attorney

    By:    /s/

    ELIZABETH ALTMAN
    Assistant United States Attorney