Caryn Bulovsky
7272 Black Hill Road
Lodi, WI 53555

August 6, 2019

Chief U.S. District Judge James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Dear Honorable Judge Peterson:

My name is Caryn Bulovsky, and I am Matthew Richard Bulovsky's mother. I am writing with a heavy heart to tell you about my son.

Matt has been a people-person throughout his entire life. Once, my parents took Matt and his older brother on a cruise to Hawaii and while on the ship, it became very apparent that Matt was a natural leader. He was only 13 years old at the time, but he led a group of fellow newly minted teenagers around the boat, exploring the shuffle board station, pool, and food court. Matt would even bring his friends to my parent's cabin to introduce the kids and check in with my parents. Kids and adults love Matt, he has an easy-going personality that is naturally attractive to people, and he is always extremely considerate of others—so much so that he would readily sacrifice his own happiness and preferences to accommodate the group. For instance, when he was younger, even if he truly won a race or a game, he would always let the other kids say they won. To Matt, the cohesion and overall happiness of the group was more important to him than winning.

After graduating from Lodi High School in 2012, Matt enrolled at UW-Stevens Point. Classes started well, and he maintained around a 3.0 GPA for his first year. At some point between the end of his freshman year and beginning of sophomore year, Matt lost his way. He became extremely depressed and started to pull away from his friends. As a parent, I grew concerned, but Matt always reassured me that things were okay. Only now do I appreciate that Matt retreated into himself, burying his emotions and withdrawing from his normal life. His grades suffered and eventually Matt moved back home to Lodi.

While living at home, Matt worked various seasonal jobs at the Lodi Canning Company and has most recently been working for a window-cleaning service in Madison. Although I knew that Matt still struggled with depression, I hoped that he would eventually find his way. In retrospect, Matt's problems were more serious than we realized. I wish that we had known then what we know now so that we could have connected him with the services he needs.

Our family is very small—it consists of Matt's grandmother, father, brother, and myself. The past several years have been extraordinarily difficult for our family. My father, Elmer Ernst, passed away in February 2016 after a long battle with dementia. Matt was arrested seven months later. And this past October, my husband, George, was diagnosed with a terminal brain cancer,

glioblastoma. For patients in George's age group, only 5% survive for more than twenty-four months. This news hit Matt especially hard. But despite his court proceedings, Matt has stepped up and supported our family through the chemotherapy and radiation sessions. I have relied heavily on Matt over the past year, and I have been impressed with his maturity in the face of this devastating prognosis.

Our family and Matt's friends will serve as a strong support system to help him through the next several years, as well as when he finishes serving his time. Matt's friends have always been supportive of him. And even throughout his incarceration, they have visited him frequently. To help maintain their friendships, Matt also calls them regularly and spends his time drawing pictures for his friends and sending them the final product. His family is also there for him, and I personally vow to help Matt with his transition back into society and will never stop working to help him succeed despite the challenges that he will endure.

By the time you read this letter, it will have been more than three years since Matt's initial arrest. Since that time, Matt's life has consisted of numerous pre-trial conferences, a change of lawyer, and significant self-reflection about the mistakes he has made. Throughout this tumultuous period, his errors—and the associated charges—have proved a heavy burden. But in spite of these difficulties, I have witnessed my son grow. I have seen him internalize his wrongdoings, accept responsibility for his actions, and vow to improve.

Matt is a kind, gentle, and good-natured young man. He lost his way, but he has a strong support system and the determination to turn his life around. I believe that the minimum incarceration sentence would be sufficient for rehabilitation and would most effectively allow Matt to be a contributing member of society. Anything more than the minimum would not only be excessively punitive—it would hamper his ability to return to reintegrate.

Please let me know if there is any additional information I can provide. Thank you in advance for your time and thoughtful consideration.

Sincerely,


Caryn Bulovsky

George Bulovsky
7272 Black Hill Road
Lodi, WI 53555

August 8, 2019

Chief U.S. District Judge James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Dear Honorable Judge Peterson:

I am Matt's father, and I am writing to help you understand who Matt is and to humbly request that you sentence him to the minimum prison time.

From a young age, I knew that Matt was special. He is gifted athletically and artistically. In fact, he is one of the few people I have heard of who was a top-five scorer in the state for ice hockey, but also draws high-quality pictures in his spare time for fun. But perhaps I should not be surprised—both of those skills require his hands. Matt is an active person by nature. And although I do not know what he will do for a career long-term, I could see him going to a trade or technical school. He has already spoken about these possibilities, and I know he is anxious to move forward.

Having said that, Matt recognizes his mistakes and understands he needs to serve some time. I know my son, and I know that he feels terribly about his choices. He is more than willing to seek counseling and services that prison will offer him, and he has actively sought to learn more about resources that will be available to him. This interest demonstrates his commitment to bettering himself and putting in the work necessary to reenter society.

Matt is still a young man and has much to offer. I know that in addition to finding a job in which he can use his hands, Matt has talked about getting his own golden retriever when he is released. Matt is a forward-thinking man and will serve his time well. Please sentence him to only the mandatory minimum and help him reclaim his life.

Matt has a natural warmth for all people. He is missed dearly by his family, and the past few years have been nothing short of a nightmare for us all. As I am sure you know, I was diagnosed with Stage 4 brain cancer in October 2018. I have been taking chemotherapy since, which has left me tired and weak, but I have still done everything I can to support Matt. God willing, and with your discretion and leniency, I pray to be able to hug Matt as a free man soon.

Sincerely,


George Bulovsky

Andrew T. Bulovsky
915 L Street NW, Apt. 917
Washington, D.C. 20001
608-669-8118

August 8, 2019

Chief U.S. District Judge James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Dear Honorable Judge Peterson:

My name is Andrew Bulovsky, and I am Matthew Bulovsky's brother. I am writing today to shed light on who Matt is as a person. At his core, Matt is a kind, outgoing, and cheerful man. I implore you to apply the minimum sentence possible.

Matt and I grew up in rural Wisconsin in a happy and loving home. Throughout our childhood and through high school, Matt and I played hockey, soccer, and golf together and spent a significant amount of time with our friends. During that time, I watched Matt light up every room he has ever entered. We shared many friends and Matt was universally liked. He just seems to have a natural ability to bring people together and make them feel like part of the group. For instance, I was the captain of the high school hockey team my senior year—a position Matt held in his senior year as well. While on the team with him, I observed that if a teammate had a poor hockey game and the coach was disappointed with them, Matt was the one who comforted the player afterwards. In so doing, Matt brought the team together.

Nobody asked Matt to fulfill that role; rather, it was his instinct to reach out to others and make them feel included. He had the same effect everywhere he went: In band (Matt played percussion in high school), Matt made people laugh and energized during long training sessions. In golf, Matt kept the JV team entertained as he showed them how "a hockey player golfs." Matt's defining characteristic is his ability to interact positively with others.

After high school, Matt chose to attend UW-Stevens Point. Matt was not particularly academically inclined, but he was not a bad student. After he enrolled, Matt started to lose his way. He fell into the wrong group of friends and stopped going to class. After two years, Matt moved home, but something had changed. The psychological impact caused by the newfound lack of direction unsettled him. Despite these difficulties, however, Matt was still a rock to my family. He visited my grandma and late-Grandpa in Baraboo frequently, and he took up several part-time jobs to help support himself financially.

I do not know when Matt made the choices that have brought him to this point, but I do know that the person I grew up with is still there. I can hear it and I can see it every time I speak to him. For

the first time in years, Matt is reading books! He particularly enjoys books about political culture—Animal Farm is one of his favorites.

I believe that Matt's incarceration for the past eight months has already served him well. I believe that he would benefit immensely from additional structure, such as psychosexual courses and counseling or opportunities to study for an Associate's or Bachelor's degree. And I believe that he recognizes the errors of his ways and is prepared to do what it takes to make amends. But above all, I know that anything more than the mandatory minimum for Matt would undermine his future growth and development.

To the extent that rehabilitation is a goal of the criminal justice system, Matt would be best-served by re-entering society as soon as the mandatory minimum is over. Any additional time would make it more difficult for Matt to adapt to society and would deprive him of regular access to his support network. We have a very small and very close family. Until I went to law school, none of us have had any experience whatsoever with the justice system. In the face of that steep learning curve, we have all worked extremely hard to stay informed and help Matt through this process. We will continue to do so throughout his incarceration and beyond.

This entire experience has forever shaped our family. At times, it has threatened to tear us apart, as the anxiety from Matt's situation and my dad's cancer coalesced. But in an odd way, it has also brought us together by forcing us to confront Matt's mistakes. And in the face of what may be one of the most stigmatized crimes that exists, we love him more than ever. I knew my brother was strong, but I have been awed by his resiliency in the face of an imminent prison sentence and his humility in accepting responsibility what he has done.

I respect my brother more today than at any point in our lives together.

Judge, I hope this letter helps you understand my brother's personality and potential for growth. I pray that you exercise leniency and compassion, and sentence him to the minimum incarceration possible. Thank you for your time and consideration of Matt's case. Please do not hesitate to contact me if there is any further information I can provide.

Sincerely,


Andrew Bulovsky

Marian Ernst
800 Waldo Street, Apt. 1019
Baraboo, WI 53593

August 8, 2019

Chief U.S. District Judge James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Dear Honorable Judge Peterson:

I am writing concerning my grandson, Matthew Richard Bulovsky. I hope this letter helps you understand who Matt is as a man and convinces you to sentence him to the minimum amount of time possible.

Matt has brought great joy to my husband (Matt's grandfather) and me all his life. His cheerful personality has brought him many friends for as long as I can remember. But above all, his kindness struck me as his most defining trait. I remember when he was in 4th Grade, he helped a handicapped student go for a walk. That student was wheelchair bound, and with the permission of his assistant, Matt held this young boy's hand and shoulders and walked with him around the playground.

During my husband's long ordeal with Alzheimer's, Matt was there to help emotionally and physically. He would help my husband down onto and up off of the toilet when I felt I was not strong enough to do so. Matt helped me get through it with a smile on his face at all times. Even in the depths of his Alzheimer's, my husband knew Matt until his final days. I will always be grateful to Matt for that.

Since Matt has been in jail, I've seen him frequently. I know he is eager to take part in any classes and programs that prison has to offer. He wants to better himself and he wants to show that he is a good person—the good person I know he is. I will support Matt throughout his time in prison. And if I am still around when he gets out, I will continue to support him then.

Sincerely,


Marian Ernst