**Nick S. Yackovich, Jr.**
**Licensed Psychologist**

---

❖ **Education**

| | |
|---|---|
| **Doctoral Degree, Program in Counseling Psychology (PhD)** <br> West Virginia University – Morgantown, WV <br>    Dissertation Title: "A Multidimensional Analysis Contrasting <br>    Youthful Nonoffenders, Sex Offenders, Violent Offenders, and <br>    Status Offenders." | **August 2003** |
| **Pre-doctoral Internship, Mendota Mental Health Institute** <br> **(APA Accredited)** <br>     Focus: Adult/Adolescent Forensic Psychology | **September 2002-August 2003** |
| **Master's Degree in Social Work (MSW)** <br> University of Pittsburgh, Graduate School of Social Work – Pittsburgh, PA | **December 1994** |
| **Master's Degree in Public Administration (MPA)** <br> University of Pittsburgh, Graduate School of Public and <br> International Affairs - Pittsburgh, PA | **December 1994** |
| **B.S., Psychology** <br> University of Pittsburgh - Greensburg, PA | **August 1992** |

❖ **Licensure and Certification**

**Licensed Psychologist,** State of Wisconsin (No. 2755-057-123)
**Licensed Clinical Social Worker,** in State of Wisconsin (No. 7090-123)
**Licensed Social Worker,** in State of Pennsylvania (SW-012474-L) – currently inactive
**Governor's Appointment**, Pennsylvania Sex Offender Assessment Board (SOAB) 2001-2003

❖ **Professional Experience**

**July 2016 - Present: Psychologist Manager**
<u>Mendota Mental Health Institute</u> **- Madison, WI**

Work to develop Sex Offender Treatment (SOT) and Substance Use Disorder (SUD) Treatment programming for a forensic, in-patient psychiatric hospital. The responsibilities for this position include providing training, clinical supervision, clinical services, developing assessment and evaluation strategies, consulting with administration and security on topics of safety and security, and expert testimony related to mental health civil court proceedings.

**July 2014 - Present: Psychologist, Private Practice**
<u>Midwest Center for Psychotherapy and Sex Therapy (MPCST)</u> **– Middleton, WI**

Function as an independent licensed psychologist as an associate with MCPST. Primary work product involves sexual offender risk assessment and psychosexual evaluations. Also conduct reverse waiver evaluations, competency evaluations, and NGRI evaluations, as well as provide expert court testimony in relation to these forensic topics. In addition, provide therapeutic services to clients across a diverse list of diagnoses and clinical issues; and provide supervision and consultation to other professionals in relation to areas of specialty including: substance abuse, personality disorders, criminal behavior, and sexual deviance and dysfunction.

Nick S. Yackovich, Jr.

**September 2008 - December 2010: Adjunct Professor**
**January 2011 – July 2016: Assistant Clinical Professor**
**September 2016 – Present: Adjunct Professor**
**University of Wisconsin – Madison, School of Social Work**

Roles included enhancing the relationship of the School of Social Work with community providers and human service organizations. Specific tasks at the University include serving on committees and mentoring students.

**Courses taught:** SW 862 Psychopathology for Social Work Practice in Mental Health (online course and in classroom)
SW 643 (formerly SW 664) Topic Seminar: Social Work and Delinquency
SW 929 Substance Abuse and Social Work
SW 453 Alcohol and Other Drugs
SW 836 Mental Health Policies and Services
SW 411 Generalist Practice II: Individuals, Families, Groups
SW 454/624 Social Work with Small Groups
SW 835 Advanced Social Work Practice – Mental Health
SW 800/801 Field Practice/Integrative Seminar

**Committees:** Mental Health Focus Area (Chair)
Committee on Diversity (Chair)
Field Faculty Committee

**February 2004 – January 2011: Treatment Supervisor- Chapter 980 State of Wisconsin – Sand Ridge Secure Treatment Center - Mauston, WI**

Duties: Function as supervisor of the Corrective Thinking (CT) and the Adapted Corrective Thinking (ACT) Sex Offender Treatment Programs within Sand Ridge Secure Treatment Center (SRSTC). The CT and ACT program populations consist of Sexual Violent Persons as determined by WSS Chapter 980, who have scored in the elevated ranges on the Hare PCL-R. Participants in the ACT program displayed various forms of impairment in their level of functioning (i.e., cognitive, severe mental illness, etc.) Responsibilities included administrative and clinical supervision of program staff including social workers, psychologists, therapists and teachers. Tasks also included program development and representing the department in various capacities in and out of SRSTC.

**September 2003 – February 2004: Psychologist Senior Doctorate**
**State of Wisconsin - Sand Ridge Secure Treatment Center - Mauston, WI**

Duties: Function as a psychologist in post-doctoral phase of training under the supervision of a licensed psychologist. Perform testing and treatment functions as a psychologist in a secure, forensic mental health facility. Tasks include comprehensive psychological report writing, interpretation and reports for the penile plethysmograph (PPG), aversion therapy, and cognitive-behavioral group therapy. Position also involved research of forensic topics relevant to sexual offender assessment and treatment and program development.

**Nick S. Yackovich, Jr.**

**July 2000 – August 2002: Licensed Social Worker, Private Practice SW PA Professional Health Services, Uniontown, PA**

Duties: Independent contractor with two (2) county Juvenile Probation Offices (JPO) providing assessment and treatment to their population of sexual and violent offenders. Included individual and group treatment addressing sexual and violent offending and substance abuse; evaluation; risk assessment; and providing expert testimony. Included collaboration with probation officers, JPO Directors, and Juvenile Court Officials to aid in disposition decisions. Private Practice also involved work with a general outpatient population of individuals, couples and families.

**August 2000 – July 2002: Licensed Social Worker- Forensic Therapist, CARE Center - Washington, PA**

Duties: Provided forensic assessments and treatment to adult and juvenile sexual/violent offenders. Treatment milieu included individual, group, and family sessions. Evaluations included risk assessments addressing future offending behavior. Position involved reporting to probation office, children and youth services, and appearing in court to provide testimony.

**August 1996 – June 2002: Mobile Therapist, Pressley Ridge Schools FACETS Program - Uniontown, PA**

Duties: Provided Child-Centered Family Therapy in the home. Worked with adolescent males and male children with emotional and behavioral difficulties. Primary focus was sexual abuse truama and sexually inappropriate behavior.

**July 2001 – February 2002: Child/Adolescent Therapist, Pressley Ridge Schools - Kinship Center - Greensburg, PA**
**Site Description: The Kinship Center is an inpatient Residential Treatment Facility (RTF) for male and female youth, ages 7-17.**

Duties: Primary treatment issues involved sexual abuse and inappropriate sexual behavior. Scope of treatment involved individual and group treatment, as well as family work with family of origin, foster family, or adoptive families. Other therapeutic methods include play therapy and psychodynamic approaches, behavioral modification, and milieu therapy.

**July 1995 - August 1998: Psychological Services Specialist, PA Department of Corrections - SCI Greene - Waynesburg, PA**
**Site Description: SCI Greene is a maximum security, adult male prison, housing long-term inmates and the "problem" inmates from the other PA state prisons.**

Duties: Provided testing and evaluations using a variety of psychological tests and instruments under the supervision of a licensed psychologist. Wrote integrative psychological reports to provide recommendations to the PA Parole Board. Provided treatment groups as co-therapist and lead therapist in sexual offender groups. Helped develop the Sex Offender Program, including relapse prevention and denial groups. Developed and implemented a series of psychoeducational and treatment groups for an adult male, corrections population (see **Program Development for details).** Served a nine-month rotation in the Special Management Unit and served on the Crisis Debriefing Team.

Nick S. Yackovich, Jr.

**September 1998 – September 1999: Therapist, Private Practice**
**Addiction Recovery Services - Pittsburgh, PA**

Duties: Provided individual drug and alcohol treatment to Federal Probation/Parole referrals. Provided timely progress reports to the Federal Probation Office in Pittsburgh. Provided psychotherapy to address disorders other than addiction, (e.g., family problems and career related concerns). Administered Urine Screens with subsequent follow-up if necessary.

**June 27, 1993 - April 30, 1994: Counselor/ Asst. Coordinator Salvation Army HOST Program - Pittsburgh, PA**

Duties: Provided individual and group counseling to a diverse population of urban clients who were homeless. The HOST program provided transitional housing to this homeless population. Clinical responsibilities included mental health counseling, life skills training, employment services, and substance abuse counseling. Case management responsibilities included helping clients acquire housing, clothing, healthcare, etc. Assistant coordinator responsibilities included collaborating with various community service agencies to enhance the scope of the program and improve intervention services. Administrative responsibilities also included program evaluation and development; grant writing; and budget development.

**February 1992 - August 1992: Counselor/ Assistant Coordinator Alternative Sentencing Program - Ligonier Valley Treatment Center - Ligonier, PA**
**Site Description: Alternative sentencing program housed within an in-patient drug and alcohol treatment facility.**

Duties: Started with program at the ground level. Assisted in designing treatment approaches, security procedures, program policies, and operation procedures for an alternative sentencing program with a substance abuse treatment-focus. This included the development of intake procedures and assessments, group therapy for addiction and co-occurring issues, therapeutic recreation programming.

❖ **Program Consultation**

   **March 2008 – Present: Consultant**
   **Operation Fresh Start, Madison WI**


   **March 2003 - Present: Consultant and Board Member**
   **Jesse Crawford Recovery Center, Madison WI**

❖ **Pre-Doc Internship/Practicum**

   **August 2002 – August 2003: Pre-Doctoral Psychology Intern, Mendota Mental Health Institute, Madison WI**
   Duties: Perform psychological, competency, and risk assessments under the supervision of a licensed psychologist. Provided psychological testing and evaluations using a variety of instruments including : PAI, WAIS-III, WISPI-4, SIRS, CAST-MR, MaCat-Ca, K-Bit, several memory and mental status tests, Sentence Completion, record review, and clinical interview Provide individual and group psychotherapy to a population of mentally ill, civil and forensic patients. Civil patient population included adult male and female patients, forensic population

included adult and adolescent male patients. Provide sex offender therapy to adolescent male forensic patients in a secure adolescent correctional facility. Training exposures included Sex Offender Risk Assessments.

**August 1999 – May 2000: Doctoral Psychology Practicum,**
**Latrobe Area Hospital Mental Health Center (LAHMHC) , Latrobe, PA**
Duties: Provide individual and family treatment to a caseload of approximately 20 children and adolescents in an in-patient psychiatric facility. Tasks Included intellectual and cognitive assessments as well as individual and family treatment. Primary conditions encountered were ADHD, sexual abuse, oppositional/defiant, and adjustment disorder (divorce, death in family).

**September 1998 - April 1999: Doctoral Psychology Practicum,**
**University of Pittsburgh @ Greensburg Counseling Center, Greensburg, PA**
**Site Description: College counseling center**
Duties: Provided individual and group therapy to college students. Developed and conducted psychoeducational seminars on topics such as addiction, stress, anger management, time management, and career development. Provided psychological testing, career, and mental health assessments. Provided substance abuse counseling for individuals disciplined for alcohol abuse.

- ❖ **Special Projects**

**September 1994 - December 1994**: **Capstone Project University of Pittsburgh- Graduate School of Public and International Affairs and Pittsburgh Action Against Rape (PAAR)**
  - ➢ Develop a method to evaluate services provided by an urban rape crisis center.
  - ➢ Conduct comprehensive research on topics of "evaluation" and "empowerment" using a literature review and nationwide survey of rape crisis centers.
  - ➢ Prepare a report and present findings to the staff of PAAR.

**September 1994 - December 1994**: **Policy Analysis Project University of Pittsburgh- Graduate School of Public and International Affairs and Pittsburgh City Planning Office.** Develop a methodology for identifying, describing, and tracking the homeless population in Pittsburgh, PA.
  - ➢ Assist in development of Community/Agency collaborative to provide services to homeless.
  - ➢ Research, report, and presentation to Pittsburgh City Planning Office.

**January 1994 - April 30, 1994: Administrative Intern "Empowerment Zone Project" University of Pittsburgh- Graduate School of Social Work and the City of Pittsburgh**
  - ➢ Community organizing in poverty stricken, inner-city neighborhoods.
  - ➢ Facilitate meetings with various community members/groups.
  - ➢ Data collection for demographic reports.
  - ➢ Problem structuring: Crime, Employment, Housing, at the community level.
  - ➢ Prepare and present progress reports to be used as part of a citywide federal grant proposal.

**Nick S. Yackovich, Jr.**

- **Research**

    ***A Multidimensional Analysis Contrasting Youthful Nonoffenders, Sex Offenders, Violent Offenders, and Status Offenders (2001)*– *Dissertation***, Exploration of correlations among a sample of youthful (age 15-19) male sexual offenders, violent (nonsexual) offenders, nonviolent offenders, and nonoffenders. Dependent variables are: self-concept, sexual history, alexithymia, and cognitive distortions. Defended dissertation November 7, 2001.

    ***State Demand and Needs Assessment Studies, AOD (Substance Abuse in County Prison),* (1999)** with the University of Pittsburgh's Graduate School of Public Health. Grant funded research (Center for Substance Abuse and Treatment, #ME95110) that explored substance abuse and need for treatment among a sample of recently incarcerated, nonviolent offenders. I served as an interviewer, using a computerized lap top version of the Adult DUF Interview.

    ***Exercise and Illness*, (1999)** with Dr. Frank Perna -West Virginia University. Developed the data base for information gathered from a sample of elderly men and women who were referred to the exercise program by their physicians. Conducted basic statistical analysis to compare our sample's norms with the established norms of various exercise adherence measures, (i.e. social support for exercise, exercise self-efficacy, etc.)

    ***Evaluation Methods for a Rape Crisis Center*, (1994)** *for Pittsburgh Action Against Rape* Served as group leader for four graduate students as we surveyed approximately 45 rape crisis centers nation-wide using a questionnaire that we developed. Compiled the results along with information gathered from an extensive literature review, into a report and recommendation for evaluation services of this rape crisis center.

    ***Methodologies for Describing the Homeless Population***, **(1994)** *for Pittsburgh City Planning* Participated in a group of four graduate students to develop a system for identifying and tracking the homeless population in Pittsburgh. Involved literature reviews and extensive networking among human service agencies throughout the city. Participated in writing and presenting the final report to the Pittsburgh City Planning Office.

    ***Adolescent Stress and Social Support* (1993)** with Gary Koeske, Ph.D - Participated by identifying an available sample and arranging a high school testing site. Once a location was secured, I administered an instrument that focused on parenting styles, self-esteem, and social support. Following the data collection I participated in the data analysis using Statview and SPSS.

    ***Descriptive and Predictive Study Involving DUI Offenders***, **(1993)** principal investigator - conducted pilot assessment of judges, attorneys and other criminal justice professionals. Developed an instrument and designed the methodology to assess participants in an alternative sentencing program. Unfortunately, the alternative sentencing program was discontinued prior to the data collection portion of the study.

    ***Family-Son Relationship Project***, **(1993)** *for Family Services of Western Pa*., principal investigator-Developed an instrument to assess family functioning of a sample of adult, male prison inmates. Coordinated data collection and trained interviewers. Conducted data analysis using SPSS and wrote final report.

**Nick S. Yackovich, Jr.**

***Effect of Student Involvement in Extra-Curricular Activities on QPA (1994)***
with Randi Koeske Ph.D - Aided in development of questionnaire and participated in administration of instrument as well as data analysis using SPSS.

- ❖ **Publications**

    **Yackovich, N. (2011).** *Youthful Sex Offenders, Violent Offenders, and Status Offenders: A multi-dimensional analysis.* Lambert Academic Publishing: Saarbrucken, Germany

    **Marsh, D.T., Dickens, R.M., Koeske, R.D., Yackovich, N.S., Wilson, J.M., (1993***).Troubled Journey: Siblings and Children of People with Mental Illness.* Innovations and Research, 2 (2), 13-23. An article that addresses the impact of mental illness on family members.

    Dr. Marsh has published a book entitled Troubled Journey: Coming to terms with Siblings or Parent with Mental Illness. ***(Marsh, Diane T. & Dickens, Rex, 1997. Penguin Butnam Inc.: New York, N.Y.)*** In this book I am acknowledged for my contributions to her research. I aided in data collection and analysis using SPSS.

- ❖ **Program Development**

    **Corrective Thinking Treatment Track (Sex Offender treatment for Sexually Violent Person (SVP) who display psychopathic traits)**
    Collaboration with David Thornton, PhD and Lloyd Sinclair, MSSW in the design and development of a sex offender treatment program for high-risk, civilly committed offenders who display psychopathic traits. The program progresses through criminal thinking and treatment interfering factors into sex offense-specific curriculum.

    **Pathfinders Jail Diversion Program (AODA Jail Diversion Program)**
    Designed the AODA Treatment portion of this jail diversion program that operates through a Dane County (WI) grant awarded in a competitive RFP Bid process. Program consists of 30- day intensive day-treatment, 90-day outpatient, and four-month supportive follow-up. Program serves adult male and female offenders serving county jail sentences. Topic areas include substance abuse, criminal thinking, anger management, and life skill training. Designed a clinical outcomes protocol to measure treatment effect with addiction severity, recidivism risk, criminal thinking, and motivation for treatment.

    **Developed Inmate "Self Enhancement and Awareness Program" (prison setting)**
    - ➢ Inmate peer facilitation group dealing with young inmates (ages 17-25) and their adjustment to the prison environment.
    - ➢ Involved topics such as defining "self", prison adjustment, and community responsibility.
    - ➢ Included peer recruitment and group facilitation training.
    - ➢ Eventually developed into two additional groups that focused on cultural identity issues with African-American and Hispanic populations, as well as many social issues relevant to crime and incarceration.

    **Developed and Facilitated "Family Issues Group" Series (prison setting)**
    - ➢ **Phase I** involved psychoeducation addressing human development,
    - ➢ **Phase II** involved relationship and parenting skills. Involved topics such as psychological stage development, family functioning, and communication.

**Nick S. Yackovich, Jr.**

### Developed and Facilitated "Pre-Release Group" (prison setting)
- Involved topics such as re-entering the community and family, employment seeking, handling the prison record at a job interview, stress management, and changing behavior.

### Developed and Facilitated "Mirror Images Group" (prison/community collaborative)*
- Developed with Greene County Juvenile Probation Office, involved bringing at-risk youth into the prison for a group conducted with five long-term inmates.
- Topic areas included peer pressure, importance of education, and drug/alcohol awareness.
- Involved selecting and training the inmate facilitators.

*Note: The **"Mirror Images Group"** was selected for presentation at the 1998 Pennsylvania Association of Parole, Probation and Corrections (PAPPC)Conference held in State College, PA. The program was identified as a "Best Practice" program for addressing the at-risk youth population by the PAPPC.

### Developed and implemented an 8 Session Group dealing with Dysthymia for the University of Pittsburgh at Greensburg Counseling Center (1998)
- Dealt with adjustment issues related to college life, grief, social isolation, and other feelings, fears and concerns related to adjusting to college.

### Coordinator Black History Month Program (1997,1998)
- Created Lecture series addressing issues that impacted the African-American population of a Pennsylvania state prison. Involved coordinating speakers and prison logistics.
- Created **'Roundtable Discussion'** that joined a panel from West Virginia University's Black Studies and Research Program with a panel of inmates at a Pennsylvania state prison. This discussion involved historical and contemporary issues, and was filmed. The film is available through the WVU African Studies Library.

### Developed and Implemented a 12-Session Drug and Alcohol Treatment Group for Salvation Army Detoxification Center (1993)
- Involved topics such as recognizing substance abuse, working through denial, benefits of treatment, and physiological effects of substance abuse.

**Nick S. Yackovich, Jr.**

❖ **Sample of Presentations/Trainings**

April 2019 - **Dane County (WI) Human Services**
  *Title: Psychosexual Development and Juvenile Sexual Misbehavior*

February 2019 – **Wisconsin Department of Health Services – Chapter 980 Supervised Release Program**
  *Title: Psychopathic Traits and Responsivity*

November 2018 – **RISE: Helping Community and Family Thrive**, Madison, WI
  *Title: ADVANCED Ethics & Boundaries*

October 2015 – **Wisconsin Chapter – National Association of Social Workers**
    41st **Annual Conference: "Social Workers: Leading and Responding to Change"**
  *Title: Clinical Supervision*

October 2012 - **Wisconsin Chapter – National Association of Social Workers**
    38th **Annual Conference: "A Meeting of The Profession: Igniting Our Spirits"**
  *Title: Treatment of Adult Male Sex Offenders*

October 2012 - **Wisconsin Council on Social Work Education: "Innovations in Teaching"**
  *Title: Critical Thinking in the Classroom and Field*

October 2012 - **Dane County (WI) Human Services**
  *Title: Juvenile Sexual Offenders: An Etiological Perspective*

October 2012 - **Agency Supervisor Workshop for the Part Time Program** at UW-Eau Claire
  *Title: "Helping Students Develop and Demonstrate Critical Thinking Skills"*

February 2012 - **Workshop sponsored by the Field Education Program,** UW-Madison
  *Title: "Treatment with Sex Offenders: Etiology, treatment targets, and intervention strategies"*

February 2012 - **Moderator for the Title IV-E program**, Madison
  *Title: "Growing up in the care of strangers: The experience, insights, and recommendations of former foster kids."*

September 2011 - **Keynote presentation Field Supervisors Workshop**, Madison
  *Titled: "Helping students develop and demonstrate critical thinking skills".*

July 2011 – **Co-Presenter for 1.5-day workshop Forensic Mental Health and Social Work**
  *Topics: Risk Assessment, Clinical work with personality disorders*

June 2011 - **Workshop for the board of trustees for the Covenant Presby Church**
  *Titled: "Safe Practices for Including Sex Offenders in Worship".*

February 2013 – **Wisconsin Department of Corrections**
  *Title: Treatment with adult male sex offenders: Criminogenic factors and deviant sexual interest*

**Nick S. Yackovich, Jr.**

November 2012 - **Wisconsin - Department of Health Services-Sand Ridge Secure Treatment Center**
*Title: Advanced Training for Ethic's and Boundaries: Critical Thinking and Application*

October 2012 - **Wisconsin - Department of Health Services-Conditional Release/OARS Program 2012 Annual Community Forensics Summit**
*Title: Antisocial Personality Disorders and Clinician Self Care*

November 2011 - **University of Wisconsin-Oshkosh Continuing Education**
*Title: Treatment with Sex Offenders: Etiology, Treatment Targets, and Intervention Strategies*

October 2009; November 2009 **- Two-day Workshop Wisconsin Department of Correction**
*Title: Psychosexual Development and the Sex Offender*
*Title: Intermediate Perspectives on Sex Offender Treatment and Risk Assessment*

January 2009 **- The 23rd Annual San Diego International Conference on Child and Family Maltreatment**
*Title: Working with Difficult and Resistant Offenders*
*Title: Treating Sex Offenders who Display Psychopathic Traits*

October 2008 - **Association for the Treatment of Sexual Abusers - 27th Annual Research and Treatment Conference ATSA: Partners, Policies and Practice: Making Society Safer** "Psychopathy and Sexual Offender Treatment"
*Title: Can participation in prepatory programs effectively damp down the effect of psychopathic traits on treatment interfering behaviors?*

October 2007 **- Association for the Treatment of Sexual Abusers - 26th Annual Research and Treatment Conference ATSA: Partners, Policies and Practice: Making Society Safer** "SVP Track: Clinical Treatment of the Civilly Committed Sexual Offender: What is the state of the art?"
*Title: Working with the Sexually Violent Person High in Psychopathy*

July 2007**- Madison Urban Ministries, Community training**
*Title: Are All Truly Welcome: Safe Practices for Including Sex Offenders in Worship*

May 2007 **- Wisconsin Association for the Treatment of Sexual Abusers (WI-ATSA) -3rd Annual Spring Conference Wisconsin ATSA "**Knowledge and Practice: Treating and Supervising Sexual Abusers"
*Title: Treatment and Supervision Strategies for Psychopathy and Antisociality*